UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES GARNER | CIVIL ACTION |
| VERSUS | NO. 12-1701 |
| RICHARD MOBILE HOME PARK, LLC | SECTION "N"(1) |

## O R D E R

Before the Court is Plaintiff's Motion to Remand (Rec. Doc. 6), which is opposed by Defendants (Rec. Doc. 10). Considering the submission of the parties, including Plaintiff's Reply (Rec. Doc. 14) and Defendant's Surreply (Rec. Doc. 16), the Court rules as follows:

**IT IS ORDERED** that the motion to remand is **GRANTED**. In their Notice of Removal, Defendants admit to being Louisiana citizens. (Rec. Doc. 1 at 3). Section 1441(b)(2) of Title 28 of the United States Code states that "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b)(2). Because Defendants are Louisiana citizens alleging jurisdiction under

section 1332(a) (Rec. Doc. 1 at 3), the Notice of Removal filed in this case was improper and the case is remanded to State court.

New Orleans, Louisiana, this 24th day of August, 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**